**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

CASE NO. 09-81223-CIV-HURLEY/HOPKINS

JONATHAN E. PERLMAN, Esq., as court
appointed Receiver of Creative Capital
Consortium, LLC, et al.,

    Plaintiff,

v.

SHOWCASE INVESTMENT GROUP, INC.,

    Defendant.
_____/

## MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT SHOWCASE INVESTMENT GROUP, INC.

Plaintiff, Jonathan E. Perlman, as court appointed Receiver of Creative Capital Consortium, LLC and related receivership entities, by and through his undersigned counsel, hereby files this Motion for Entry of Clerk's Default against Defendant Showcase Investment Group, Inc. ("Defendant") and states in support thereof as follows:

1. Plaintiff filed this action on August 21, 2009 (DE 1).

2. On May 6, 2010, Plaintiff filed his Motion for Extension of Time to Serve Process on Defendant Showcase Investment Group, Inc. (DE 8).

3. On May 12, 2010, the Court entered its Order Granting Plaintiff's Motion for Extension of Time to Serve Process on Defendant (DE 10).

4. On June 18, 2010, Plaintiff filed his Notice of Filing Returned Receipt of Delivery of Summons Upon Florida Department of State wherein the Florida Secretary of State accepted service of the Summons and Complaint on June 15, 2010 (DE 12).

5. Defendant has failed to respond to or answer the Complaint as required by law.

6. Plaintiff respectfully submits that he is entitled to the entry of a Clerk's default against defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

7. Plaintiff has served a copy of this motion upon the Defendant via U.S. mail to the last known address of the Defendant.

WHEREFORE, Paintiff respectfully requests the Clerk of this Court to enter a default against Defendant Showcase Investment Group, Inc.

Dated: August 6, 2010
Miami, Florida

Respectfully submitted,

By: s/ David P. Lemoie
David P. Lemoie
Florida Bar No.: 188311
dlemoie@gjb-law.com
David C. Cimo
Florida Bar No.: 775400
dcimo@gjb-law.com
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida  33131
Tel: (305) 349-2300
Fax: (305) 349-2310
*Attorneys for Receiver,*
*Jonathan E. Perlman, Esq.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2010, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ David Lemoie
    David Lemoie, Esq.

**SERVICE LIST**
**JONATHAN E. PERLMAN, ESQ., as court appointed Receiver of Creative Capital Consortium, LLC, et al. v. SHOWCASE INVESTMENT GROUP, INC., et al.**
**CASE NO. 09-81223-CIV-HURLEY/HOPKINS**
**United States District Court, Southern District of Florida**

David C. Cimo, Esq.
dcimo@gjb-law.com
David P. Lemoie, Esq.
dlemoie@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310
*Attorneys for Plaintiff Jonathan E. Perlman, Esq.*
***Via CM/ECF***

Showcase Investment Group, Inc.
c/o Anthony Hinkle, Registered Agent
4887 Kensington Circle
Coral Springs, FL  33076
***Via U.S. Mail***

4